UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY AUSBORN,<br><br>          Plaintiff,<br><br>     v.<br><br>KERN COUNTY SHERIFF DEPT., et al.,<br><br>          Defendant. | Case No.: 1:22-cv-00210-SKO (PC)<br><br>**ORDER TO SUBMIT INMATE TRUST STATEMENT**<br><br>**30-DAY DEADLINE** |

Plaintiff Randy Ausborn, a Kern County jail inmate, initiated this action on February 18, 2022, appearing *pro se* and pursuant to 42 U.S.C. § 1983.

**I.     Introduction**

On February 23, 2022, the Court issued an "Order Striking Unsigned Complaint and Requesting Plaintiff to File a Signed Complaint," and "Order to Submit Prisoner Application to Proceed *In Forma Pauperis* or Pay Filing Fee." (Doc. 3.) On March 16, 2022, Plaintiff filed an Application to Proceed *In Forma Pauperis* by a Prisoner.[1] (Doc. 11.)

**II.    Discussion**

Plaintiff submitted his IFP application signed and dated March 8, 2022. (Doc. 11.) At page two, under Plaintiff's signature, the application reads: "***Certification Below Is To Be Completed By Non-CDCR Incarcerated Prisoners Only***." (*Id*. at 2.) That section also advises it

---

[1] Plaintiff also filed a First Amended Complaint on March 16, 2022. (Doc. 10.)

is "(To be completed by the institution of incarceration)." (*Id.* at 2.) This section of Plaintiff's application has not been completed. As a result, at this time the Court cannot determine whether Plaintiff's application to proceed IFP should be granted or denied.

Plaintiff is ordered to provide the Court with a trust statement. Plaintiff will be afforded 30 days from the date of service of this Order within which to submit the trust statement. Once the trust statement has been filed with the Court, a determination regarding Plaintiff's IFP status will be made.

**CONCLUSION**

Accordingly, IT IS HEREBY ORDERED that Plaintiff submit an inmate trust statement within 30 days of service of this Order.

**Plaintiff is warned that the failure to comply with court orders will result in a recommendation that this action be dismissed**.

IT IS SO ORDERED.

Dated:   **March 17, 2022**                          /s/ *Sheila K. Oberto*
                                                                  UNITED STATES MAGISTRATE JUDGE