UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY AUSBORN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KERN COUNTY SHERIFF DEPT., et al.,<br><br>　　　　　Defendant. | Case No.: 1:22-cv-00210-JLT-SKO (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION FOR FAILURE TO PROSECUTE AND FAILURE TO OBEY COURT ORDERS**<br><br>(Doc. 23) |

　　　　Plaintiff Randy Ausborn, a pretrial detainee, is appearing *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On July 7, 2022, the assigned magistrate judge issued findings and recommendations to dismiss this action for Plaintiff's failure to prosecute and failure to obey court orders. (Doc. 23.)[1] Plaintiff did not file objections and the time to do so has passed.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

//

---

[1] A docket entry dated July 18, 2022, indicates the findings and recommendations were returned to the Court via U.S. Mail and marked "Undeliverable, Not in Custody – Booking # doesn't match recipient."

Accordingly, **IT IS ORDERED** that:

1. The findings and recommendations issued on July 7, 2022 (Doc. 23) are **ADOPTED in FULL**.
2. This action is **DISMISSED**, without prejudice, for Plaintiff's failure to prosecute and failure to obey court orders.
3. The Clerk of the Court is directed to terminate any pending motions and to close this case.

IT IS SO ORDERED.

Dated:   **July 28, 2022**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE